FIVE CORNERS BUILDING AND LOAN ASSOCIATION, PROSECUTOR, v. CITY OF JERSEY CITY AND STATE BOARD OF TAX APPEALS, DEFENDANTS.

FIVE CORNERS BUILDING AND LOAN ASSOCIATION AND HUDSON APPRAISAL COMPANY, PROSECUTORS, v. CITY OF JERSEY CITY AND STATE BOARD OF TAX APPEALS, DEFENDANTS.

Submitted May 5, 1940—Decided August 21, 1940.

Before Justices Case, Donges and Heher.

For the prosecutors, *Joseph Dubowsky* (*Frederick C. Hehn,* of counsel).

For the defendants, *James A. Hamill* (*Frank P. McCarthy,* of counsel).

Per Curiam.

The applications are denied, with costs.

There is no showing of error either as regards the true standard of value or in the determination of the factual issue. The evidence of "comparable sales" was by no means conclusive; in fact, its integrity was in serious question. Under all the circumstances, we think that the judgment of the State Board of Tax Appeals respecting the taxable value of the assessed properties is unassailable.